IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

THERESSA C. LEVINE,                    §
                                       §
        Plaintiff,                     §
                                       §
v.                                     §        CIVIL ACTION NO. 1:21-CV-00295
                                       §        JUDGE MICHAEL J. TRUNCALE
                                       §
MERCHANTS' CREDIT GUIDE                §
COMPANY,                               §
                                       §
        Defendant.                     §

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND GRANTING
REQUEST TO VACATE ENTRY OF CLERK'S DEFAULT**

Before this Court is the Plaintiff's Notice of Voluntary Dismissal and Request to Vacate Entry of a Clerk's Default (Dkt. 6). [Dkt. 7]. The plaintiff has notified the Court that she has reached a confidential resolution with defendant and wishes to voluntarily dismiss her Complaint without prejudice. Plaintiff further requests that the Court vacate the entry of the Clerk's Default [Dkt. 6] entered on July 21, 2021. After considering the plaintiff's requests and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore ORDERED that Plaintiff's Notice of Voluntary Dismissal and Request to Vacate Entry of a Clerk's Default (Dkt. 6) [Dkt. 7] is hereby GRANTED. Plaintiff's claims against defendant are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the entry of the Clerk's Default [Dkt. 6] entered on July 21, 2021 is hereby vacated.

It is also ORDERED that the parties shall bear their own attorneys' fees and costs and that all pending motions in this matter be DENIED as moot and that all court dates and pending deadlines are hereby vacated.

**SIGNED this 27th day of July, 2021.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge